1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

SOUTHERN DISTRICT OF CALIFORNIA

10
11
12
13
14

IN RE INCRETIN-BASED
THERAPIES PRODUCTS LIABILITY
LITIGATION

*As to All Related and Member Cases*

MDL Case No.:  13-md-2452-AJB-MDD

**ORDER GRANTING JOINT MOTION DISMISSING ALL REMAINING CASES EXCEPT FOR THOSE WITH PRO SE PLAINTIFFS**

**(Doc. No. 6494)**

15

16      Pursuant to the Joint Motion filed by behalf Plaintiffs' Steering Committee and

17   Defendants Amylin Pharmaceuticals, LLC, Eli Lilly and Company, Merck Sharp & Dohme

18   Corp (now known as Merck Sharp and Cohme LLC), and Novo Nordisk, Inc., the Court

19   **ORDERS** that all remaining cases in the MDL are dismissed, except for the following

20   cases with pro se plaintiffs:

21   • *Haugabook, L'Queniia, Individually and as the Successor-in-Interest of the Estate*

22      *of L'Malika Rolling, deceased v. Merck Sharp & Dohme Corp. et al.*, Case No.

23      3:13-cv-00977-AJB-MDD.

24   • *Kovelman, Joyce, Individually and as Successor-in-Interest of the Estate of Gilbert*

25      *Kovelman, deceased v. Merck Sharp & Dohme Corp. et al.*, Case No.

26      3:12-cv-03079-AJB-MDD.

27   • *Foye, Pears and Sharon v. Amylin Pharmaceuticals, LLC et al.*, Case No.

28      3:14-cv-00559-AJB-MDD.

1    Accordingly, the parties' Joint Motion is **GRANTED**. (Doc. No. 6494.) The Clerk
2 of Court is instructed to enter this Order in the MDL case and in each corresponding
3 individual case, as well as terminate all other pending motions for voluntary dismissal as
4 moot.
5    **IT IS SO ORDERED**.
6 Dated: August 12, 2022

Hon. Anthony J. Battaglia
United States District Judge

2